AMBROSE BEST, Respondent, *v.* LEVI ZEH, Individually, etc., Impleaded, etc., Appellant.*

(Argued April 8, 1895; decided April 23, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 4, 1894, which affirmed an interlocutory judgment in favor of plaintiff entered upon an order of Special Term overruling a demurrer to the complaint.

*A. V. S. Cochrane* for appellant.

*A. Frank B. Chace* for respondent.

Agree to affirm on opinion below, with leave to appellant to withdraw demurrer and answer over.

All concur.

Judgment affirmed.

---

* Reported below, 82 Hun, 232.